UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

BRYAN CHRISTOPHER BROWN,

    Plaintiff,

Case No. 1:25-cv-161

v.

Honorable Ray Kent

HEIDI E. WASHINGTON et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   April 15, 2025                      /s/ Ray Kent
                                                                       Ray Kent
                                                                       United States Magistrate Judge